submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 11–9510. IN RE REED. Petition for writ of mandamus denied.

No. 11–9301. IN RE RICHARDS. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus and/or prohibition dismissed. See this Court's Rule 39.8.

No. 11–1025. CLAPPER, DIRECTOR OF NATIONAL INTELLIGENCE, ET AL. *v.* AMNESTY INTERNATIONAL USA ET AL. C. A. 2d Cir. Certiorari granted.

No. 11–680. NIELSON *v.* KETCHUM ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–870. PICKERING *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 11–1036. MITCHELL-WHITE *v.* NORTHWEST AIRLINES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–1130. CYPHERS *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–1131. EVANS ET AL. *v.* KENTUCKY HIGH SCHOOL ATHLETIC ASSN. C. A. 6th Cir. Certiorari denied.

No. 11–1133. PROVITOLA ET AL. *v.* EQUITY RESIDENTIAL, FKA EQUITY RESIDENTIAL PROPERTY TRUST. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 11–1138. ROCKWELL ET UX., INDIVIDUALLY AND AS CO-ADMINISTRATORS OF THE ESTATE OF ROCKWELL, DECEASED *v.* BROWN ET AL. C. A. 5th Cir. Certiorari denied.